# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE JUNOT, | ) |
| Petitioner, | ) |
| | ) 3:22-cv-00083 |
| v. | ) |
| | ) |
| SHAWN FAULKNER, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This civil action was referred to Magistrate Judge Maureen P. Kelly for a report and recommendation. It is a petition for relief pursuant to 28 U.S.C. § 2241. (ECF No. 8). Judge Kelly prepared a Report and Recommendation ("R & R") recommending that the petition be dismissed for want of prosecution. (ECF No. 20). The R&R was served on the Petitioner, with instructions as to the filing of objections to the R&R, and setting forth the time period for doing so. That period has expired, and no Objections to the R&R have been filed.

The undersigned has nonetheless carefully considered de novo the matters set forth in the petition, the papers of record and the R&R, and upon such review concludes that the R&R is correct in all respects and is in accord with the applicable law, and it is therefore adopted as the Opinion of the Court.

The petition, and this civil action, are therefore DISMISSED for the reasons set forth in the R&R. The provisions of law relative to a certificate of appealability are not applicable to this action, filed pursuant to 28 U.S.C. § 2241. The Clerk shall close the case.

  s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: February 22, 2023

cc:  Terrance Junot 22303-055
    Loretto
    Federal Correctional Institution Inmate Mail/Parcels
    P.O. Box 1000
    Cresson, PA 16630

    Terrance Junot
    86 Alpine Road
    Rochester, NY 14612

    All counsel of record via CM/ECF